Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001432
28-JUL-2016
08:33 AM

NO. CAAP-13-0001432

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MICHAEL C. GREENSPON,
Plaintiff/Counterclaim Defendant-Appellant,
v.
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8,
MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE
POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2006,
Defendant/Counterclaim Plaintiff-Appellee,
and
INDYMAC FEDERAL BANK, F.S.B.; ONEWEST BANK, F.S.B.;
CAL-WESTERN RECONVEYANCE CORPORATION, Defendants-Appellees,
and
DOES 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-0194)

ORDER DENYING MOTION TO RECONSIDER OR CLARIFY MEMORANDUM OPINION
(By: Nakamura, Chief Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff/Counterclaim Defendant-Appellant Michael C. Greenspon's, *pro se*, motion to reconsider or clarify the June 14, 2016 Memorandum Opinion and request for judicial notice, filed on July 5, 2016 (7/5/16 Motion), the attachments, and the records and files in this case,

IT IS HEREBY ORDERED that the 7/5/16 Motion is denied.

DATED: Honolulu, Hawai'i, July 28, 2016.

Chief Judge

Associate Judge

Associate Judge